<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7729**

CHRISTOPHER L. BLACKWOOD,

Plaintiff - Appellant,

versus

GARY D. MAYNARD; BILL WHITE; DON DRISKELL;
JOHN MAXY; PERCY JONES; RICHARD HARVEYD; DON
LEHMON,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Patrick Michael Duffy, District Judge.
(CA-02-1767-3-23BC)

Submitted: January 30, 2003      Decided: February 20, 2003

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Christopher L. Blackwood, Appellant Pro Se.  Daniel Roy Settana,
Jr., MCKAY, MCKAY & SETTANA, P.A., Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher L. Blackwood seeks to appeal the district court's order denying Blackwood's motion for reconsideration of the magistrate judge's denial of his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Blackwood seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, although we grant Blackwood's Motion Requesting to Add Supporting Evidence to Informal Brief, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED